# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 05-246 | MAGIS. NO: 5 |
|---|---|---|
| V. Pedro Hernandez-Carlon aka Perico | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Pedro Hernandez-Carlon aka Perico | FILED OCT 0 6 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:   PDID: | | |

| WARRANT ISSUED ON: Indictment | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Conspiracy to Commit Offense Against the United States)
(Production of Fraudulent Documents)
(Transfer of Fraudulent Documents)
(Aiding and Abetting)

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 371
18 U.S.C. § 1028(a)(1),(b)(1)
18 U.S.C. § 1028(a)(2),(b)(1)
18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: 9/22/05 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/22/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 9-22-05 | NAME AND TITLE OF ARRESTING: Sean McLeod, SDUSM | SIGNATURE OF ARRESTING: Sean McLeod |
| DATE EXECUTED: 10-6-05 | | |