UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :<br>:<br>v.  :<br>:  Crim. No. 05-246-05(RMC)<br>:<br>**PEDRO HERNANDEZ CARLON,** :<br>    **Defendant**  : | |

### NOTICE OF APPEARANCE

TO:  The clerk of this court and all parties of record.

You are hereby notified that I appear for the defendant indicated above in the entitled action pursuant to appointment under the Criminal Justice Act, Nunc Pro Tunc to October 6, 2005.

Respectfully submitted,

_____

Mitchell M. Seltzer,
Bar #261933
Counsel for Mr. Carlon
601 Indiana Ave., N.W. #500
Washington, D.C. 20004
(202) 347-2333

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically upon A.U.S.A. Fred Yette, 555 4th Street, NW, Washington, DC 20530 this __28th__ day of October 2005.

_____