UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim. No. 05-246-05(RMC) |
| : | |
| PEDRO HERNANDEZ CARLON, : | |
| Defendant : | |

**MOTION FOR LEAVE TO ADOPT AND CONFORM CODEFENDANT'S
MOTION TO DISMISS**

The defendant, Pedro Hernandez Carlon, through undersigned counsel, respectfully moves the Court, pursuant to Rule 12 of Federal Rules of Criminal Procedure, for leave to adopt and conform the Motion to Dismiss Pursuant to FRCP 48(b) filed on behalf of defendant #2, David Mora Gil. In support of this motion, the defendant states the following:

1. The defendant and codefendants are charged with Conspiracy to Commit Offenses Against the United States, Count One, and with related document fraud offenses. The defendant was arrested on or about August 2, 2005 by agents of U.S. Immigration and Customs Enforcement (I.C.E.). During his detention by I.C.E., I.C.E. agents gathered evidence against Mr. Colon by questioning him about the matters that he is currently charged with in the instant indictment. The indictment was returned on September 22, 2005, 51 days after his arrest. The defendant was not arraigned until October 6, 2005. The defendant submits that his August 2, 2005 arrest and the actions of I.C.E. were a ruse to facilitate his prosecution for the instant offenses. As such, the Government is in violation of the Speedy Trial Act's 30-day limit for the filing of an indictment, *18 U.S.C. Sect. 3161 (b)*, and the indictment must therefore be dismissed. *18 U.S.C. 3162 (a)(1); Federal Rule of Criminal Procedure 48(b)*.

2. The defense submits that as the Motion to Dismiss filed on behalf of Mr. David Mora-Gil involves issues common among the codefendants, and specifically applicable to Mr. Carlon, the interests of judicial economy will be served by allowing the defendant to adopt the codefendant's motion and points and authorities as requested herein.

3. The defendant also requests an additional period of time until November 8, 2005 in order to provide additional points and authorities to the Court in support of the motion to dismiss the indictment.

**WHEREFORE**, the defendant respectfully requests that this motion be granted.

Respectfully submitted,

_____
Mitchell M. Seltzer, #261933
Counsel for Mr. Carlon
717 D Street, N.W. #310
Washington, D.C. 20004
(202) 347-2333

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Adopt and Conform was served electronically upon A.U.S.A. Fred Yette and upon each codefendant's counsel of record this __28th__ day of October 2005.

_____