UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-246-05(RMC) |
| : | |
| PEDRO HERNANDEZ CARLON, : | |
| Defendant : | |

**ORDER**

Upon consideration of the Defendant's Motion For Leave to Adopt and Conform Codefendant's Motion to Dismiss, any opposition thereto, and the entire record in this case, it is hereby this _____ day of _____, 2005,

**ORDERED,** that the defendant's motion be **GRANTED**; and is further

**ORDERED**, that the defendant shall file any additional points and authorities in support of the Motion to Dismiss by November 1, 2005.

_____
**ROSEMARY M. COLLYER, JUDGE**
United States District Court
for the District of Columbia