UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. N0. 05-246-05, 06 |
| ) | (RMC) |
| REMIGIO GONZALEZ- OLVERA and ) | |
| PEDRO HERNANDEZ CARLON ) | |
| (JOSE LUIS CONTRERAS-MACEDAS, et al. ) ) | |

**DEFENDANTS' GONZALEZ-OLVERA'S AND HERNANDEZ-CARLON'S
MOTION FOR EXTENSION OF TIME TO REPLY TO
GOVERNMENTS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS ON
SPEEDY TRIAL GROUNDS AND NOTICE OF INFORMATION FROM ICE**

The defendants, Remigio Gonzalez-Olvera and Pedro Hernandez-Carlon, through undersigned counsel, respectfully request two additional business days to reply to the Government's Response to Defendants' Motions to Dismiss on Speedy Trial Grounds and Notice of Information from ICE. In support of this motion, the defendants state the following:

1. The Court previously allowed 14 days from the date that the Government provided specific court-directed information from ICE to the defendants for each defendant to file a reply. As that information was filed on March 23, 2006, the defense replies are due on April 6, 2006.

2. Each undersigned defense counsel was engaged in trial proceedings in unrelated criminal matters in the District Court for at least a portion of the 14-day interim time period. As such, each counsel was necessarily delayed, and the defense needs an additional two business days to complete its Reply.

3. Counsel has informed A.U.S.A. Yette of this request for a brief extension by leaving a message on his voicemail. Counsel anticipates that Mr. Yette will not object to the granting of this motion, nor will the government be prejudiced in any fashion.

Wherefore, the defendants move that the motion be granted, and an extension of time until April 10, 2006 to file a Reply be allowed.

Respectfully submitted,

_____
Howard B. Katzoff
717 D Street N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for Defendant Gonzalez-Olvera

_____
Mitchell M. Seltzer
717 D Street, N.W., Suite 310
Washington, DC 20004
(202) 347-2333
Counsel for Defendant Hernandez-Carlon

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon Fred Yette, Assistant United States Attorney, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and to all defense counsel of record this _ 6th _ day of April, 2006.

_____
M.M. Seltzer