UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                       ) | Crim. N0. 05-246-05, 06 |
| ) | (RMC) |
| REMIGIO GONZALEZ- OLVERA and ) | |
| PEDRO HERNANDEZ CARLON ) | |
| (JOSE LUIS CONTRERAS-MACEDAS, et al. ) ) | |

## ORDER

Upon consideration of the defendants' Motion for Extension of Time to Reply to Government's Response to Defendants' Motions to Dismiss on Speedy Trial Grounds and Notice of Information from ICE, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and is further

**ORDERED** that the defendants' reply be filed by April 10, 2006.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**