UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. N0. 05-246-05, 06 |
| JOSE LUIS CONTRERAS-MACEDAS, et al. | ) (RMC) |
| (PEDRO HERNANDEZ CARLON and | ) |
| REMIGIO GONZALEZ- OLVERA ) | ) |

## ORDER

Upon consideration of the defendants' Consent Motion To File Attached Reply One Day Beyond Deadline, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and is further

**ORDERED** that the defendants' attached Reply be filed herein and treated as timely filed.

_____
**ROSEMARY M. COLLYER**
**UNITED STATES DISTRICT JUDGE**