UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 05 -246-05,06 |
| | ) (RMC) |
| JOSE LUIS CONTRERAS-MACEDAS, et al. | ) |
| (REMEGIO GONZALEZ- OLVERA and | ) |
| PEDRO HERNANDEZ CARLON) | ) |

**CONSENT MOTION TO FILE ATTACHED REPLY ONE DAY
AFTER EXTENSION**

The defendants, through undersigned counsel and with the consent of the Government, respectfully move the Court to allow them to file the attached Reply at this time. In support of this motion, the defendants state the following:

1. The defendants previously requested a two-day extension until April 10, 2006 to complete and file the attached Reply. While the Reply was completed on April 10, counsel was unsuccessful in his efforts to convert the document to the requisite PDF format. That conversion has now been accomplished, albeit several hours past deadline.

2. A.U.S.A. Fred Yette has informed counsel that the Government has no objection to the filing of the attached reply at this time. None of the parties will be prejudiced by the granting of this motion.

**WHEREFORE**, the defendants respectfully request that this motion be granted, and that the attached Reply be filed at this time.

Respectfully submitted,

_____
Mitchell M. Seltzer, Bar #261933
Counsel for Mr. Hernandez Carlon
717 D Street NW, # 310
Washington, D.C. 20004
(202) 347-2333

Howard B. Katzoff, Bar # 348292
Counsel for Mr. Gonzalez-Olvera
717 D Street NW, # 310
Washington, D.C. 20004
(202) 783-6414

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served electronically upon A.U.S.A. Fred Yette and served upon each codefendant counsel of record this __11th__ day of April 2006.

_____
M.M. Seltzer