UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PEDRO HERNANDEZ-CARLON, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 05-246 (RMC) |

## ORDER

For the reasons stated in open court during the plea agreement proceedings held in this matter on August 30, 2006, it is hereby

**ORDERED** that Mr. Pedro Hernandez-Carlon, Reg. No. 28265-016, shall be transferred to the CTF facility.

**SO ORDERED**.


Date: August 31, 2006                             /s/
                                           ROSEMARY M. COLLYER
                                           United States District Judge