UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Pedro Hernandez-Carlon

Criminal No. 05-246-05

**FILED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_Pedro A. Hernandez C._
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States Attorney

APPROVED:

_[signature]_
United States District Judge

Dated: 8/30/06